UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT STEVEN SCILAGYI,<br><br>        Petitioner,<br>   v.<br><br>B. M. CASH,<br><br>        Respondent. | Case No. 1:11-cv-01309-SKO-HC<br><br>ORDER TO RESPONDENT TO FILE ADDITIONAL STATE COURT RECORDS NO LATER THAN THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF THIS ORDER |

   Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting their consent in writings signed by the parties or their representatives and filed by Petitioner on August 17, 2011, and on behalf of Respondent on March 1, 2012. Pending before the Court is the petition, in which Petitioner alleges that he was not competent to enter a guilty plea to the commitment offense.  Respondent has answered the petition and has

1

provided the Court with part of the pertinent state court record.

The Court has reviewed the pleadings in the instant case and notes that the sentencing court considered mental health records and correspondence concerning Petitioner's mental health attached to the probation report. (Reptr.'s transcript of sentencing hearing held on August 2, 2010, Ans., exh. C, doc. 13 at 31, 43, 45-46.) In the answer, Respondent also adverts to this material. (Id. at 6:13-17.) However, Respondent has not provided the Court with the correspondence and mental health records.

Accordingly, it is ORDERED that Respondent FILE in this Court the omitted materials attached to the probation report no later than thirty (30) days after the date of service of this order. Respondent may seek to file the materials under seal.

IT IS SO ORDERED.

Dated:   **April 7, 2014**                              **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE