1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11

SCOTT STEVEN SCILAGYI,

Case No. 1:11-cv-01309-SKO-HC

12

        Petitioner,

  v.

ORDER PERMITTING PETITIONER TO FILE A REPLY TO RESPONDENT'S SUPPLEMENTAL AUTHORITY NO LATER THAN THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF THIS ORDER

13

14

B. M. CASH,

15

        Respondent.

16

17

18

     Petitioner is a state prisoner proceeding pro se and in forma

19

pauperis with a petition for writ of habeas corpus pursuant to 28

20

U.S.C. § 2254.  Pursuant to 28 U.S.C. 636(c)(1), the parties have

21

consented to the jurisdiction of the United States Magistrate Judge

22

to conduct all further proceedings in the case, including the entry

23

of final judgment, by manifesting their consent in writings signed

24

by the parties or their representatives and filed by Petitioner on

25

August 17, 2011, and on behalf of Respondent on March 1, 2012.

26

Pending before the Court is the petition, in which Petitioner

27

alleges that he was not competent to enter a guilty plea to the

28

commitment offense.  In response to this Court's order, Respondent

1

has recently submitted to the Court a previously omitted portion of the state court record.  With the record, Respondent also filed a notice of supplemental authority with respect to the merits of the petition.

Accordingly, Petitioner may FILE a reply to Respondent's supplemental authority no later than thirty (30) days after the date of service of this order.

IT IS SO ORDERED.

Dated:   **April 29, 2014**                                                        **/s/ Sheila K. Oberto**
                                                                                    UNITED STATES MAGISTRATE JUDGE