UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT STEVEN SCILAGYI,<br><br>          Petitioner,<br><br>     v.<br><br>B.M. CASH,<br><br>          Respondent. | 1:11 -cv-01309-SKO (HC)<br><br>ORDER CORRECTING CLERICAL ERROR WITHOUT ANY MODIFICATION OF JUDGMENT (DOCS. 26, 27)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL NUNC PRO TUNC (DOC. 25) |

The Court has denied the petition for writ of habeas corpus, and judgment has been entered.

As a result of clerical error, the Court's ruling on Petitioner's motion for the appointment of counsel, filed on July 24, 2014, was not included in the dispositive order. In order to correct this clerical error, the Court issues the following order:

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing

Section 2254 Cases.

In this case, the Court does not find that the interests of justice require the appointment of counsel at the present time. Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is DENIED nunc pro tunc as of July 28, 2014..

This ruling does not require any amendment of the judgment entered on July 28, 2014, as directed in the Court's dispositive order of July 28, 2014.

IT IS SO ORDERED.

Dated: **July 29, 2014**              **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE